FILED

MAR 8 ~ 2011

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA,                        09-CR-00183-BR

        **Plaintiff,**             **ORDER TO RELEASE PROPERTY**

    v.

DONALD SEYBOLD,

        **Defendant.**

On Motion of the government,

IT IS HEREBY ORDERED that the United States shall release the specific property

listed in Attachment A to the petitioners identified in Attachment A as they have met their

burden under 21 U.S.C. § 853(n)(6)(A).

DATED this _____ day of March, 2011.

_____
ANNA J. BROWN
United States District Court Judge

## Attachment A

| | Petitioner | Artist | Title of Art | Serial Num. | U.S. ID |
|---|---|---|---|---|---|
| 1 | Barrett, Rebecca | Phillips, William | If Only In My Dreams | 201 of MMV | 1069 |
| 2 | Beaver, Rob and Jill | Terpning, Howard | The Shaman And His Magic Feathers | 10 of 85 | 1365 |
| 3 | Bliss, Clara and Lisa | Doolittle, Bev | Two Bears Of The Blackfeet | 1196 of 2650 | 592 |
| 4 | Bliss, Clara and Lisa | Doolittle, Bev | The Sentinel | 26557 of 35000 | 584 |
| 5 | Bliss, Clara and Lisa | Doolittle, Bev | Rushing War Eagle | 1197 of 1500 | 545 |
| 6 | Bliss, Clara and Lisa | Doolittle, Bev | Wolves Of The Crow | 153 of 2650 | 623 |
| 7 | Bliss, Clara and Lisa | Doolittle, Bev | Hide And Seek Suite | 1182 of 25000 | 520 |
| 8 | Bliss, Clara and Lisa | Doolittle, Bev | Hide And Seek Composite | 1182 of 25000 | 506 |
| 9 | Bliss, Clara and Lisa | Doolittle, Bev | Whoo!? | 707 of 1000 | 608 |
| 10 | Bliss, Clara and Lisa | Doolittle, Bev | Eagle Heart | 28221 of 48000 | 1653 |
| 11 | Bliss, Clara and Lisa | Doolittle, Bev | Calling The Buffalo | 475 of 8500 | 472 |
| 12 | Bliss, Clara and Lisa | Doolittle, Bev | Escape By A Hare | 1202 of 1500 | 492 |
| 13 | Boerio, Jeff | John, Robert | Color Photo - Slash | N/A | 1281 |
| 14 | Colon, Rick and Sally | Christensen, James | A Christensen Character, Cleverly Camouflaged In A Doolittle Landscape | 1066 of 3500 | 245 |
| 15 | Colon, Rick and Sally | Doolittle, Bev | Doubled Back | 3395 of 15000 | 479 |
| 16 | Colon, Rick and Sally | Doolittle, Bev | Guardian Spirits | 6571 of 13238 (1 of 2, set) | 501 |
| 17 | Colon, Rick and Sally | Doolittle, Bev | Guardian Spirits | 6571 of 13238 (2 of 2, set) | 500 |
| 18 | Colon, Rick and Sally | Doolittle, Bev | Ghost Of The Grizzly Tree | 758 of 5000 | 498 |
| 19 | Donaldson, Brad | Bredeson, Lynn | October | Original | 134 |
| 20 | Donaldson, Brad | Bredeson, Lynn | July | Original | 130 |
| 21 | Donaldson, Brad | Bredeson, Lynn | Howl | Original | 127 |
| 22 | Dreith, Leo | Terpning, Howard | Grandfather Prays To Sun | 168 of 275 | 1313 |
| 23 | Fletcher, Jeff | Phillips, William | Accompaniment To The Symphony Of Spring | 72 of 250 | 941 |
| 24 | Fletcher, Jeff | Phillips, William | Spring Fling | 444 of 1250 | 1135 |
| 25 | Good Horse Nation | Doolittle, Bev | Where Silence Speaks | 2730 of 3500 | 602 |

## Attachment A

|    | Petitioner | Artist | Title of Art | Serial Num. | U.S. ID |
|----|-----------|--------|-------------|------------|---------|
| 26 | Hettick, Frank and Shirley | Hettick, Frank | The Biggest Step | 8 of 25 | 741 |
| 27 | Hettick, Frank and Shirley | Hettick, Frank | The Biggest Step | 9 of 25 | 740 |
| 28 | Hettick, Frank and Shirley | Hettick, Frank | The Biggest Step | 7 of 25 | 739 |
| 29 | Hettick, Frank and Shirley | Hettick, Frank | The Biggest Step | 6 of 25 | 738 |
| 30 | Marek, Robert | Doolittle, Bev | Unknown Presence | 6 of 1500 | 597 |
| 31 | McGaw, Stanley for Robert and Sandra McGaw | Christensen, James | The Royal Music Barque | 1275 of 2750 | 350 |
| 32 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | The Sentinel | 12858 of 35000 | 583 |
| 33 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | The Spirit Takes Flight | 12284 of 50000 | 585 |
| 34 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | Hide And Seek Composite | 198 of 25000 | 503 |
| 35 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | Hide And Seek Suite | 198 of 25000 | 517 |
| 36 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | Prayer For The Wild Things | 23315 of 65000 | 534 |
| 37 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | Doubled Back | 9274 of 15000 | 480 |
| 38 | McGaw, Stanley for Robert and Sandra McGaw | Christensen, James | A Christensen Character, Cleverly Camouflaged In A Doolittle Landscape | 865 of 3500 | 247 |
| 39 | McGaw, Stanley for Robert and Sandra McGaw | Christensen, James | A Christensen Character, Cleverly Camouflaged In A Doolittle Landscape | 878 of 3500 | 243 |
| 40 | McGaw, Stanley for Robert and Sandra McGaw | Doolittle, Bev | Drawn From The Heart | AP 37 of 50 | 485 |
| 41 | Noll, Robert and Catherine | Doolittle, Bev | Season of The Eagle | 31487 of 36548 | 1669 |
| 42 | Nordquist, Eileen | Doolittle, Bev | Hide And Seek Composite | 8859 of 25000 | 504 |
| 43 | Nordquist, Eileen | Doolittle, Bev | Hide And Seek Suite | 8859 of 25000 | 518 |
| 44 | Nordquist, Eileen | Doolittle, Bev | Hide And Seek Composite | 8885 of 25000 | 507 |
| 45 | Nordquist, Eileen | Doolittle, Bev | Hide And Seek Suite | 8885 of 25000 | 514 |

## Attachment A

|    | Petitioner | Artist | Title of Art | Serial Num. | U.S. ID |
|----|------------|--------|--------------|-------------|---------|
| 46 | Nordquist, Eileen | Doolittle, Bev | Bev Doolittle "Prayer For The Wild Things" CD | 39072 of 65000 | 1645 |
| 47 | Nordquist, Eileen | Doolittle, Bev | Prayer For The Wild Things | 39072 of 65000 | 533 |
| 48 | Nordquist, Eileen | Doolittle, Bev | Eagle Heart | 30976, 30977, 30888 of 48000 | 1652 |
| 49 | Ross, Philip | Lyman, Stephen | Yosemite Alpenglow | 289 of 950 | 873 |
| 50 | Ross, Philip | Gustafson, Scott | Little Red Riding Hood | 14 of 3500 | 708 |
| 51 | Ross, Philip | Gustafson, Scott | The Maiden & The Unicorn | 14 of 1250 | 715 |
| 52 | Ross, Philip | Lyman, Stephen | Ahwahnee - The Deep Grassy Valley | 389 of 1500 | 815 |
| 53 | Ross, Philip | Carey, June | The Padre's Vineyard | 135 of 300 | 230 |
| 54 | Ross, Philip | Doolittle, Bev | Calling The Buffalo | 4378 of 8500 | 475 |
| 55 | Ross, Philip | Carey, June | Pacheco Pass | 6 of 100 | 214 |
| 56 | Ross, Philip | Morrissey, Dean | Anna Of The Celts | 250 of 375 | 915 |
| 57 | Ross, Philip | Morrissey, Dean | Celtic Kings | 99 of 375 | 918 |
| 58 | Ross, Philip | Doolittle, Bev | The Sentinel | 12849 of 35000 | 582 |
| 59 | Ross, Philip | Lyman, Stephen | Moonbear Listens To The Earth | 289 of 1250 | 846 |
| 60 | Ross, Philip | Lyman, Stephen | October Flight | 289 of 950 | 851 |
| 61 | Ross, Philip | Carey, June | Vigna Del Sole | 73 of 100 | 233 |
| 62 | Standal, Michael | Glassware | Sedona Centerpiece-Bowl With Light Pink, Yellow And Blue Colors With Purple Ball Inside | N/A | 1541 |
| 63 | Standal, Michael | Glassware | Footed Red Glass Bowl | N/A | 1557 |
| 64 | Standal, Michael | Glassware | Footed Gold Bowl | N/A | 1556 |
| 65 | Standal, Michael | Glassware | Gold, Multi-Colored Glass Vase | N/A | 1546 |
| 66 | Standal, Michael | Glassware | Sedona Centerpiece-Orange Bowl With Orange Ball Inside | N/A | 1542 |
| 67 | Standal, Michael | Glassware | Mauve 3-Part Glass Sculpture | N/A | 1555 |

## Attachment A

|    | Petitioner | Artist | Title of Art | Serial Num. | U.S. ID |
|----|------------|--------|--------------|-------------|---------|
| 68 | Standal, Michael | Glassware | Sedona Centerpiece-Yellow & Pink In Color With A Dark Colored Rim, With a Purple Ball Inside | N/A | 1543 |
| 69 | Standal, Michael | Glassware | Icon Swirl, 3-Part Glass Bowl Icon Swirl Turquoise | N/A | 1554 |
| 70 | Standal, Michael | Glassware | Gold 3-Piece Bowl | N/A | 1547 |
| 71 | Standal, Michael | Glassware | Blue 2-Piece Sculpture | N/A | 1553 |
| 72 | Stecher, Tomika | Stecher, Tomika | Pacific Sunset, August 2008 | Original | 1292 |
| 73 | Strand, Terry and Shellee | Lyman, Stephen | A Light in the Wilderness | 1006 of 2250 | 1670 |
| 74 | Strand, Terry and Shellee | Lyman, Stephen | A Light in the Wilderness | 490 of 2250 | 818 |
| 75 | Strand, Terry and Shellee | Morrissey, Dean | Father Christmas | 1218 of 2000 | 921 |
| 76 | Strand, Terry and Shellee | Phillips, William | Hill Country Homecoming | 744 of 1250 | 1063 |
| 77 | Weckwerth, Linn and Ken | Christensen, James | Getting It Right | 2200 of 4000 | 280 |
| 78 | Weckwerth, Linn and Ken | Christensen, James | The Scholar | 82 of 3250 | 352 |
| 79 | Weckwerth, Linn and Ken | Doolittle, Bev | The Sentinel | 25082 of 35000 | 581 |