UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 09-CR-00183-BR |
| v. | STIPULATED ORDER FOR AN INTERLOCUTORY SALE OF A 2005 SCION XB |
| DONALD SEYBOLD, | |
| **Defendant.** | |

Plaintiff, United States of America, and defendant Donald Seybold, through his attorney, Ellen C. Pitcher, hereby stipulate to this order for an interlocutory sale of a 2005 Scion XB vehicle, VIN JTLKT334350219174.

This agreement has no effect on the claims or defenses of any party.

The Government, defendant Donald Seybold agree that it is in the best interest of the parties that the U.S. Marshal shall sell the 2005 Scion XB and upon sale, the proceeds shall be distributed in the following order:

1. The United States Department of Justice shall be compensated for all costs, including storing and selling this vehicle.

**PAGE 1**   STIPULATED ORDER FOR AN INTERLOCUTORY SALE
OF A 2005 SCION
*U.S. v. Seybold, 09-CR-00183-BR*

2. The remainder shall be deposited in the Seized Asset Deposit Fund and substituted for the vehicle in this criminal action.

**SO STIPULATED:**

_____  DATE: 3/30/11
ELLEN C. PITCHER
Attorney for Defendant Donald Seybold

_____  DATE: 4/1/11
LESLIE J. WESTPHAL
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Having reviewed the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation is hereby APPROVED.

DATED this 5th day of April, 2011.

_____
ANNA J. BROWN
United States District Judge

**PAGE 2**  STIPULATED ORDER FOR AN INTERLOCUTORY SALE OF A 2005 SCION
U.S. v. Seybold, 09-CR-00183-BR